FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TROY ANTHONY PESINA,<br><br>                  Plaintiff,<br><br>  v.<br><br>OFFICER R. SKAY, OFFICER RICHMOND, OFFICER VALDEZ, JOHN DOE #1, JOHN DOE #2, DEPUTY ZICKLER and SGT JEREMY WILSON,<br><br>                  Defendants. | NO: 2:25-CV-0163-TOR<br><br>ORDER OF DISMISSAL |

By Order filed July 25, 2025, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days. ECF No. 10. Plaintiff, a *pro se* individual incarcerated at Spokane County Detention Services is proceeding *in forma pauperis*. ECF No. 9. Defendants have not been served.

ORDER OF DISMISSAL -- 1

In the Order to Amend or Voluntarily Dismiss Complaint, the Court found that Plaintiff had failed to present facts supporting an inference that persons named as Defendants to this action caused or personally participated in causing a deprivation of Plaintiff's protected rights. *Arnold v. IBM*, 637 F.2d 1350, 1355 (9th Cir. 1981); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989). ECF No. 10 at 4, 11. Furthermore, the Court found abstention under *Younger v Harris*, 401 U.S. 37, 45 (1971), was appropriate while Plaintiff adjudicated his claims regarding his arrest and incarceration in his pending state court criminal proceeding. *Id.* at 8–12. The Court cautioned Plaintiff that if he did not amend or voluntarily dismiss as directed, his complaint would be dismissed for failure to state a claim upon which relief may be granted. *Id.* at 13.

Although granted the opportunity to amend, Plaintiff did not do so and has filed nothing further in this action. The Court must assume that he has chosen to abandon this litigation. Therefore, for the reasons set forth above and in the Order to Amend or Voluntarily Dismiss Complaint, ECF No. 10, the complaint is dismissed for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1)**.**

        **ACCORDINGLY**, **IT IS ORDERED:**

1. The Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE.**

2. Based on the Court's reading of *Washington v. Los Angeles Cty. Sheriff's Dep't,* 833 F.3d 1048, 1057–58 (9th Cir. 2016), this dismissal, based in part on *Younger* abstention, would **NOT** constitute a qualifying dismissal under 28 U.S.C. § 1915(g).

3. Plaintiff's *in forma pauperis* status is hereby **REVOKED.**

4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

The Clerk of Court is directed to enter this Order and Judgment accordingly, provide copies to Plaintiff at his last known address and **CLOSE** the file.

**DATED** October 2, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL -- 3